UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| CALVIN ANTHONY LEAR | ) Case No. 07-00237-01-CR-W-NKL |
| Defendant. | ) ) ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of July 16, 2018, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Calvin Anthony Lear:

**The defendant shall successfully participate in a program of polygraph testing to assist in treatment and/or monitoring, as directed by the Probation Office. The defendant shall also pay any associated costs as directed by the Probation Office.**

/s/ Greg Kays
GREG KAYS
CHIEF U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 18th day of July, 2018.